# FEDERAL COMMUNICATIONS COMMISSION
# OFFICE OF GENERAL COUNSEL



February 12, 2013

Mr. Arthur Lee Young
4927 E Parkway
Cosby, TN 37722

    Re:  NAL No. 201232480003

Dear Mr. Young:

  On March 27, 2012, the Enforcement Bureau, Federal Communications Commission, issued a Notice of Apparent Liability For Forfeiture against you in the amount of $22,000.00 for the willful and repeated violation of Section 301 of the Communications Act, 47 U.S.C. § 301. On June 8, 2012, the Enforcement Bureau issued a Forfeiture Order affirming the forfeiture amount. This is to inform you that if the forfeiture is not paid within 30 days of the date of this letter, the matter will be referred to the Department of Justice for enforcement.

  Payment may be made by check payable to the Federal Communications Commission. Please write on the check the NAL number noted above and mail your check along with a copy of this letter to:

    Federal Communications Commission
    Revenue & Receivables Operations Group
    P.O. Box 979088
    St. Louis, MO 63197

Thank you.

            Sincerely,

            Susan L. Launer
            Deputy Associate General Counsel

Compl Ex 2