# FEDERAL COMMUNICATIONS COMMISSION
# WASHINGTON, D.C.

## CERTIFICATE OF FORFEITURE

**Violator(s) Name(s) and Address(es):**   Arthur Lee Young
4927 E. Parkway
Cosby, TN 37722

**Total forfeiture assessed by FCC as of** February 12, 2013 **in the amount of** $22,000.00.
I certify that Federal Communications Commission records show that the violator named above has been ordered to pay to the United States the amount stated above.

This claim arose in connection with:

   Notice of Apparent Liability For Forfeiture released March 27, 2012
   Forfeiture Order released June 8, 2012

**CERTIFICATION:** Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

4/11/2013
(Date)

Susan L. Launer
Deputy Associate General Counsel

Compl. Ex. 3