

FILED

FEB 0 4 2014

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-CV-47 |
| ) | |
| ANY AND ALL RADIO STATION EQUIPMENT, ) | |
| RADIO FREQUENCY POWER AMPLIFIERS, ) | |
| RADIO FREQUENCY TEST EQUIPMENT, ) | |
| ANTENNAS, CONNECTING CABLES, AND ANY ) | |
| OTHER EQUIPMENT ASSOCIATED WITH OR ) | |
| USED IN CONNECTION WITH TRANSMISSIONS ) | |
| ON FREQUENCY 87.9 MHz, LOCATED AT SEVIER ) | |
| COUNTY PARCEL NUMBERS 111A D 004.00 AND ) | |
| 111A D 006.00 THROUGH 111A D 009.00, ) | |
| COMMONLY KNOWN AS 4923 AND 4927 ) | |
| EAST PARKWAY, COSBY, ) | |
| TENNESSEE; AND ARTHUR LEE YOUNG, ) | |
| ) | |
| Defendants. ) | |

**WARRANT FOR ARREST OF ARTICLES IN REM**

**TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF TENNESSEE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

WHEREAS, a Verified Complaint In Rem was filed on February 4, 2014, in the United States District Court for the Eastern District of Tennessee, alleging that the defendants in rem (identified as any and all radio station transmission equipment, radio frequency power amplifiers, radio frequency test equipment, antennas, connecting cables, and any other equipment associated with or used in connection with any radio transmissions on the frequency 87.9 MHz from or in the vicinity of 4923 and 4927 East Parkway, Cosby, Tennessee 37722) are subject to seizure and forfeiture to the United States of America, pursuant to 47 U.S.C. § 510; and

WHEREAS, the Court being satisfied that there is probable cause to believe that the defendants in rem so described are subject to seizure and forfeiture for the above-described reasons and that grounds for issuance of a Summons and Warrant for Arrest of Articles In Rem exist pursuant to Supplemental Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendants in rem (but not Defendant Arthur Lee Young, the person), the specific location of the defendants in rem to be identified by tracing the coaxial cable from the antenna tower to the transmitter wherever located on parcels 4, 6, 7, 8, or 9 (as shown on the attached parcel map), as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found; and

YOU ARE FURTHER COMMANDED to maintain custody of the defendants in rem until further order of this Court respecting the same. The United States Marshals Service shall use its discretion and whatever means appropriate to protect and maintain the defendants in rem, including delivery of the seized property to agents of the Federal Communications Commission to maintain custody until further order of this Court respecting the same; and

IT IS ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendants in rem by serving upon such persons a copy of this warrant, and a copy of the Verified Complaint In Rem and attachments there, in a manner

consistent with the principles of service of an action in rem under Supplemental Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in this Eastern District of Tennessee, pursuant to Supplemental Rule G(5); and

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in, or right against, the property must file their verified claim and statement of interest within thirty-five (35) days after the date of service of the complaint or, as applicable, not later than sixty (60) days after the first day of publication on an official internet government forfeiture site, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and shall serve and file their answers to the Verified Complaint In Rem within twenty-one (21) days after the filing of the verified claim with the office of the Clerk, United States District Court for the Eastern District of Tennessee, 800 Market Street, Suite 130, Knoxville, Tennessee 37902, with a copy thereof sent to Assistant United States Attorney Suzanne H. Bauknight, United States Attorney's Office, Eastern District of Tennessee, 800 Market Street, Suite 211, Knoxville, Tennessee 37902.

Dated: Knoxville, Tennessee
February 4th, 2014

UNITED STATES MAGISTRATE JUDGE

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____
by _____ on the \_\_\_\_\_ day of _____, 2014.

_____
[U.S. Deputy Marshal or other person serving warrant]

4

Parcel Map

