
UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANY AND ALL RADIO STATION EQUIPMENT, )<br>RADIO FREQUENCY POWER AMPLIFIERS, )<br>RADIO FREQUENCY TEST EQUIPMENT, )<br>ANTENNAS, CONNECTING CABLES, AND ANY )<br>OTHER EQUIPMENT ASSOCIATED WITH OR )<br>USED IN CONNECTION WITH TRANSMISSIONS )<br>ON FREQUENCY 87.9 MHz, LOCATED AT SEVIER )<br>COUNTY PARCEL NUMBERS 111A D 004.00 AND )<br>111A D 006.00 THROUGH 111A D 009.00, )<br>COMMONLY KNOWN AS 4923 AND 4927 )<br>EAST PARKWAY, COSBY, )<br>TENNESSEE; AND ARTHUR LEE YOUNG, )<br>)<br>Defendants. ) | Case No. 3:14-CV-47 |

## WRIT OF ASSISTANCE

WHEREAS, on or about February 4, 2014, this Court issued a warrant for the seizure of the above-referenced radio equipment;

WHEREAS, based on a review of the Verified Complaint *In Rem* filed February 4, 2014, it appears that there is probable cause to believe that the above-referenced radio equipment is subject to forfeiture pursuant to 47 U.S.C. § 510;

IT IS HEREBY ORDERED that, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and on application of the United States of America, the United States Marshals Service and/or any other authorized federal agent are hereby authorized to use all reasonable means to gain access to

1

the above-described radio equipment for the purpose of securing all property subject to the Warrant of Arrest of Articles *In Rem*. Such property shall be maintained in the custody of the United States pending further order of this Court. The United States Marshals Service, or any appropriate federal agency, may, in its discretion, dispose of any dangerous, perishable, flammable, or hazardous items found therein after photographing the same. In addition, the U.S. Marshals Service, or any appropriate federal agency, may, in its discretion, return any items not subject to forfeiture or without significant monetary value to their rightful owners without further order of the Court.

Dated: Knoxville, Tennessee

February 4th, 2014

_____
UNITED STATES MAGISTRATE JUDGE