UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANY AND ALL RADIO STATION EQUIPMENT,<br>RADIO FREQUENCY POWER AMPLIFIERS,<br>RADIO FREQUENCY TEST EQUIPMENT,<br>ANTENNAS, CONNECTING CABLES, AND ANY<br>OTHER EQUIPMENT ASSOCIATED WITH OR<br>USED IN CONNECTION WITH TRANSMISSIONS<br>ON FREQUENCY 87.9 MHz, LOCATED AT SEVIER<br>COUNTY PARCEL NUMBERS 111A D 004.00 AND<br>111A D 006.00 THROUGH 111A D 009.00,<br>COMMONLY KNOWN AS 4923 AND 4927<br>EAST PARKWAY, COSBY,<br>TENNESSEE; AND ARTHUR LEE YOUNG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:14-cv-47<br>) Judge Varlan/Guyton<br>)<br>)<br>) FILED UNDER SEAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RETURN ON WARRANT FOR ARREST OF ARTICLES *IN REM***

   The United States of America, by and through William C. Killian, United States Attorney

for the Eastern District of Tennessee, hereby files the attached Return on the Warrant for Arrest

of Articles *in Rem* and the inventory of seized property.

   Respectfully submitted this 20th day of February, 2014.

         WILLIAM C. KILLIAN
         United States Attorney

         <u>s/Suzanne H. Bauknight</u>
         SUZANNE H. BAUKNIGHT
         BPR #019293
         Assistant United States Attorney
         800 Market Street, Suite 211
         Knoxville, TN  37902
         (865) 545-4167
         Suzanne.Bauknight@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, a copy of the foregoing was filed under seal in paper form with the Clerk. Once the Court unseals this filing, notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and the undersigned will accomplish service by mail to Defendant Arthur Lee Young at the following address:

Arthur Lee Young
4927 East Parkway
Cosby, Tennessee 37722

s/Suzanne H. Bauknight
Suzanne H. Bauknight (BPR No. 019293)
Assistant United States Attorney

2

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving   Arthur Lee Young
by  Personal   service   on the 19th day of  Feb   , 2014.

_____  DUSM
[U.S. Deputy Marshal or other person serving warrant]

4

**U.S. Department of Justice**
United States Marshals Service

**Seized Property and Evidence Control**

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
Eastern District of Tennessee

**2. RECEIVED FROM (NAME AND ADDRESS):**
ARTHUR LEE YOUNG

**3. CASE NO.:**
3:14-CV-47

**4. CASE TITLE:**
U.S V ARTHUR LEE YOUNG

**5. SUBJECT (NAME AND ADDRESS):**
4927 EAST PARKWAY, SEVIERVILLE, TN 37862 (COSBY)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| A-1 | 1 | DAIWA SWR + POWER METER MODEL# CN-101L - NO SERIAL # | TOWER SHED |
| A-2 | 1 | MEAN WELL MODEL #SE-600-48 SER# LAST 4 = 7412 | TOWER SHED |
| A-3 | 1 | BROADCAST TRANSMITTER BY BW BROADCAST CO. SER# 3920 | TOWER SHED |
| A-4 | 1 | MISC CABLES/PLUGS | TOWER SHED |
| A-5 | 1 | HAND-MADE POWER AMPLIFIER | TOWER SHED |
| B-1 | 1 | JVC CD PLAYER MODEL# XL-D161 SER#139090928 | GARAGE UPPER FLOOR |
| B-2 | 1 | DELL DESKTOP DIMENSION 4300 SER #HFFC211 | GARAGE UPPER FLOOR |
| B-3 | 1 | DELL COMPUTER MONITOR MODEL M991 SER# MX-05C544 -47881-1BN-H19Z | GARAGE UPPER FLOOR |

[ADD ITEM]

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: Greg Dahl | 11. TITLE: DUSM | 12. AGENCY: USMS |
|---|---|---|
| 13. SIGNATURE: USMS E/TN knoxville | | 14. DATE: 2/19/2014 |

Form USM-102
Rev. 05/12

**U.S. Department of Justice**
United States Marshals Service

**Seized Property and Evidence Control**

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
Eastern District of Tennessee

**2. RECEIVED FROM (NAME AND ADDRESS):**
ARTHUR LEE YOUNG

**3. CASE NO.:**
3:14-CV-47

**4. CASE TITLE:**
U.S. V ARTHUR LEE YOUNG

**5. SUBJECT (NAME AND ADDRESS):**
4927 EAST PARKWAY, SEVIERVILLE, TN 37722 (COSBY)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial nos., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| B-4 | 1 | PYLE PRO PROFESSIONAL DUAL CD PLAYER - PDCD204 SER# NONE | GARAGE UPPER FLOOR |
| B-5 | 1 | CM LABS LAD-200 TURNTABLE 2049 (# ETCHED ON BACK) | GARAGE UPPER FLOOR |
| B-6 | 1 | JVC TDW 217 DBL CASS DECK SER# 14090161 | GARAGE UPPER FLOOR |
| B-7 | 1 | MCM VIDEO-AUDIO SELECTOR MODEL 32-4420 | GARAGE UPPER FLOOR |
| B-8 | 1 | MCM PHONO PRE-AMP #40·630 | GARAGE UPPER FLOOR |
| B-9 | 1 | BUNDLE OF CABLES | |
| B-10 | 1 | JVC RX5000V AV CONTROL RCVR SER 065X0077 | |
| B-11 | 1 | PEAVEY STEREO MIXING SYS MOD# MS1621 /SER.#6A-027096 72 | GARAGE UPPER FL |
| B-12 | 1 | PYLE PRO PDCD204 DISC TUNER | GARAGE UF |
| B-13 | 1 | MICROPHONE - TM625 | GARAGE UF |
| B-14 | QUANT-1 / STEREOPHONIC HEADPHONES | | GARAGE UF |

**ADD ITEM**

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| Greg Dahl | DUSM | USMS |

| 13. SIGNATURE: | 14. DATE: |
|---|---|
| USMS E/TN KNOXVILLE | 2/19/2014 |

Form USM-102
Rev. 05/12

| CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| 15. ITEM NO. | 16. DATE | 17. RELIQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
| A1-5 B1-14 | 2/19/2014 | NAME & AGENCY: Greg Dahl USMS SIGNATURE: Dahl | NAME & AGENCY: EGC SIGNATURE: Patel | TRANSFER TO FCC Custodian |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |
| | | NAME & AGENCY: SIGNATURE: | NAME & AGENCY: SIGNATURE: | |

ADD ITEM

Form USM-102
Rev. 05/12