

TV3

3:14cv47

# Affidavit

Roseline H. Young a living Woman over the age of 21 and competent to testify with firsthand knowledge of the following facts.

On the 19th of February, 2014 The FCC agents came onto our property at 4927 East Parkway in Cosby Tennessee and seized my personal and private items.

The FCC did exceed the in REM jurisdiction mention in the court order.

Please see attached inventory.

A) - Dell Desk Computer- Dimension 4300 serial no. HFFC Z11.
B) -Dell Computer Monitor model M991 serial no. MY-OJCS44-47501-1BN-H192
C) -JVC CD Player model no. XC-D161 serial no. 13090928
D) –JVC IDW 217 DBL Cassette Deck serial no. 140Y0161—

Affiant reserves the right to add to documents and information to this response.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Roseline H. Young

Roseline H. Young

Farrel B.Golden

Commission Expires March 26, 2016

FARREL B. GOLDEN
STATE OF TENNESSEE
NOTARY PUBLIC
COCKE COUNTY

**U.S. Department of Justice**
United States Marshals Service

# Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**

Eastern District of Tennessee

**2. RECEIVED FROM (NAME AND ADDRESS):**

Arthur Lee Young

| **3. CASE NO.:** | **4. CASE TITLE:** |
|---|---|
| 3:14-CV-47 | U.S. v Arthur Lee Young |

**5. SUBJECT (NAME AND ADDRESS):**

4927 East Parkway, Sevierville, TN 37722 (Cosby)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| A-1 | 1 | DAIWA SWR + Power Meter Model # CN-101L - No Serial # | Tower shed |
| A-2 | 1 | MEAN WELL Model # SE-600-48 SER # LAST 4 = 7412 | Tower shed |
| A-3 | 1 | Broadcast TRANSMITTER 4 By BW Broadcast CO. SER # 3920 | Tower shed. |
| A-4 | 1 | Misc Cables / Plugs | Tower Shed |
| A-5 | 1 | Hand-made Power Amplifier | Tower shed |
| B-1 | 1 | JVC CD Player Model # XL-Di61 Ser # 13090928 | Garage upper Floor |
| B-2 | 1 | Dell Desktop Dimension 4300 Ser # HFFC Z11 | Garage upper Floor |
| B-3 | 1 | Dell Computer Monitor Model M99i Ser # MX-05C544 -4756I- IBN - H192 | Garage upper Floor |

[ADD ITEM]

I certify that I have received and hold myself accountable for the articles listed above.

| **10. NAME:** | **11. TITLE:** | **12. AGENCY:** |
|---|---|---|
| | | |
| **13. SIGNATURE:** | | **14. DATE:** |
| USMS - E / TN Knoxville | | 2-19-14 |

Form USM-102
Rev. 05/12

**U.S. Department of Justice**
**United States Marshals Service**

# Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
EASTERN DISTRICT OF TENNESSEE

**2. RECEIVED FROM (NAME AND ADDRESS):**
ARTHUR LEE YOUNG

**3. CASE NO.:** 3:14-CV-47

**4. CASE TITLE:** U.S. V. ARTHUR LEE YOUNG

**5. SUBJECT (NAME AND ADDRESS):**
4927 EAST PARKWAY, SEVIERVILLE, TN 37722 (COSBY)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| B-4 | 1 | PYLE PRO PROFESSIONAL DUAL CD PLAYER PDCD 204 | GARAGE UPPER FLOOR |
| B-5 | 1 | CM LABS LAD-200 TURNTABLE 2049 (# ETCHED ON BACK) | GARAGE UPPER FLOOR |
| B-6 | 1 | JVC TDW217 DBL CASS DECK SER# 140Y0161 | GARAGE UPPER FLOOR |
| B-7 | 1 | ~~strikethrough~~ MCM VIDEO-AUDIO SELECTOR MODEL 32-4420 | GARAGE UPPER FLOOR |
| B-8 | 1 | MCM PHONO PRE-AMP #40-630 | GARAGE UPPER FL |
| B-9 | 1 | BUNDLE OF CABLES | GARAGE UPPER FL |
| B-10 | 1 | JVC RX5000V AV CONTROL RCVR SER# 065X0077 | GARAGE UPPER FL |
| B-11 | 1 | PEAVEY STEREO MIXING SYS MOD# MS1621 /SER# 6A-02709612 | GARAGE UPPER FL |
| B-12 | 1 | PYLE PRO PDCD204 DISC TUNER | GARAGE UPPER FL |
| B-13 | 1 | MICROPHONE-TM625 | GARAGE UPPER FL |
| B-14 | 1 | STEREOPHONIC HEADPHONES | GARAGE UPPER FL |

ADD ITEM

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| **13. SIGNATURE:** USMS -E/TN KNOXVILLE | | **14. DATE:** 2-19-2014 |

Form USM-102
Rev. 05/12

Case 3:14-cv-00047-PLR-HBG Document 9 Filed 03/12/14 Page 3 of 34 PageID #: 72

## AFFIDAVIT

---

*Sandra Lutz*
knowledge to the following facts.

is over the age of 21, competent to testify with firsthand

Over the past several years I have depend on 87.9 MHz for the following reasons.

1. *For News and Weather and other important things.*

Suddenly on the 19th Day of February in the year of our Lord 2014 AD the information stopped.

.

Everything contained herein is true, accurate and complete to the best of my knowledge.

*Sandra Lutz*                              *3-8-14*

                                             Date

## Acknowledgment

### NOTARY JURAT

In and for the State of Tennessee and the County of: Sevier

Subscribed, Sworn, and Sealed: this 10 day of: March 2013 2014 ( PBM )

Sandra Joanell Lutz, is personally present before me, **Patricia B MacFee**, Notary Public and is known to be the one described in, and who executed, the foregoing instrument, the resolution of a claim and acknowledged that her executed the same as her free act and deed of her own freewill, as a Living-Man-of-Flesh-and-Blood with a Living-Spirit in this above named State-of-the-Union. Purpose of Notary is for identification only, and NOT for entrance into any Foreign-Jurisdiction.

Date: 3 10 14 Notary Public: Patricia B MacFee

My Commission Expires 10 24 2016

seal



LEGAL NOTICE The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

: Arthur-Lee: Young.
Post office Box 9
Cosby, Tennessee

# **AFFIDAVIT**

Arthur Lee Young, a living man at least 21 years of age and competent to testify with first hand knowledge of the following facts.

Affiant witnessed armed men and women with riffles in their hand rushing on to private posted property without my consent, creating fear of my life and my wife's life and fear of harm to my tenants.

This action has caused much anguish and sleepless nits for all of the people living on this land.

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

*Arthur-Lee: Young.*                    In the year of our Lord 2014
: Arthur-Lee: Young.

Notary

*Farel B Golden*
*Commision Expires March 26, 2016*

FAREL B. GOLDEN
STATE OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

: Arthur-Lee: Young.
Post Office Box 9
Cosby Tennessee
Phone no-865-436-9316

## AFFIDAVIT

---

Arthur Lee Young, a living man at least 21 years of age and competent to testify with
first hand knowledge of the following facts.

Agents of the F.C.C.did not comply with the Fair Debt Collection Practices Act, [15 US
Code, 1692 A-N.] in creating the alleged disputed Debt.

Private personal property seized is valued in excess of $25,000. See inventory.

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

_: Arthur-Lee: Young._                          In the year of our Lord 2014
: Arthur-Lee: Young.

Notary Farrel B Holden

Commission Expires March 26, 2016

STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Exhibit-A

: Arthur-Lee: Young.
Post office Box 9
Cosby, Tennessee

# Affidavit

Arthur Lee Young, a living man at least 21 years of age and competent to testify with first hand knowledge of the following facts.

Affiant challenges Territorial Jurisdiction of the F.C.C. in Cosby Tennessee pursuant to Article I section 8 Clause 17 of the Constitution of the United States.

Affiant has never entered into a contract with the F.C.C., Verbal, Written, or Implied.

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

_: Arthur-Lee: Young._                    In the year of our Lord 2014
: Arthur-Lee: Young.

Notary _Janel B Golden_
Commission Expires March 16, 2016

Exhibit-B

: Arthur-Lee: Young.
Post Office Box 9
Cosby Tennessee
Phone no-865-436-9316

## AFFIDAVIT

Arthur Lee Young, a living man at least 21 years of age and competent to testify with first hand knowledge of the following facts.

Affiant challenges the Court order allowing the F.C.C. to enter the private property under IN REM jurisdiction and seize private personal property.

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

_: Arthur-Lee; Young._        In the year of our Lord 2014
: Arthur-Lee: Young

Notary
Farm B Golden
Commission expire March 2 6, 2016

STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Exhibit-C

.

: Arthur-Lee: Young.
Post Office Box 9
Cosby Tennessee
Phone no-865-436-9316

## AFFIDAVIT

---

Arthur Lee Young, a living man at least 21 years of age and competent to testify with first hand knowledge of the following facts.

Affiant challenges the geographical limitations of the EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE in Cosby Tennessee.

Affiant challenges Territorial Jurisdiction of the EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE pursuant to Article I section 8 Clause 17 of the Constitution of the United States and its implementing statues, 40 U.S.Code 255

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

*: Arthur-Lee: Young.*          In the year of our Lord 2014
: Arthur-Lee: Young.

Farrel B. Hall

Comm. expires March 26, 2016

STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Exhibit - D

: Arthur-Lee: Young.
Post Office Box 9
Cosby Tennessee
Phone no-865-436-9316

# **AFFIDAVIT**

_____

Arthur Lee Young, a living man at least 21 years of age and competent to testify with first hand knowledge of the following facts.

87.9 MHz was made available for the benefit of the community and not for profit or gain.

The purpose of running 87.9 MHz was to bring vital information to the surrounding community that is not available from any other source. (See affidavits attached)

Affiant reserves the right to add documents and information to this response.

Every thing contained herein is true, accurate and complete to the best of my knowledge.

_:Arthur-Lee: Young_

:     : Arthur-Lee: Young          In the year of our Lord 2014

_Farrel B. Golden_

Commision Expires March 26, 2016

FARREL B. GOLDEN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Exhibit - G

**U.S. Department of Justice**
United States Marshals Service

**Seized Property and Evidence Control**

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
Eastern District of Tennessee

**2. RECEIVED FROM (NAME AND ADDRESS):**
Arthur Lee Young

**3. CASE NO.:**
3:14-CV-47

**4. CASE TITLE:**
U.S. v Arthur Lee Young

**5. SUBJECT (NAME AND ADDRESS):**
4927 East Parkway, Sevierville, TN 37722 (Cosby)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| A-1 | 1 | DAIWA SWR+Power Meter Model# CN-101L - No Serial # | Tower shed |
| A-2 | 1 | MEAN WELL Model# SE-600-48 SER # LAST 4 = 7412 | Tower shed |
| A-3 | 1 | Broadcast TRANSMITTER ↳By Bw Broadcast Co. SER # 3920 | Tower shed |
| A-4 | 1 | Misc Cables / Plugs | Tower shed |
| A-5 | 1 | Hand-Made Power Amplifier | Tower shed |
| B-1 | 1 | JVC CD Player Model # XL-D161 Ser #13090928 | Garage Upper Floor |
| B-2 | 1 | Dell Desktop Dimension 4300 Ser # HFFCZ11 | Garage Upper Floor |
| B-3 | 1 | Dell Computer Monitor model M991 Ser # MY-05C544 -47801-1BN-H192 | Garge Upper Floor |

ADD ITEM

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| **13. SIGNATURE:** USMS ~ E/TN Knoxville | | **14. DATE:** 2-19-14 |

Form USM-102
Rev. 05/12

**U.S. Department of Justice**
United States Marshals Service

**Seized Property and Evidence Control**

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
EASTERN DISTRICT OF TENNESSEE

**2. RECEIVED FROM (NAME AND ADDRESS):**
ARTHUR LEE YOUNG

**3. CASE NO.:**
3:14-CV-47

**4. CASE TITLE:**
U.S. V. ARTHUR LEE YOUNG

**5. SUBJECT (NAME AND ADDRESS):**
4927 EAST PARKWAY, SEVIERVILLE, TN 37722 (COSBY)

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| B-4 | 1 | PYLE PRO PROFESSIONAL DUAL CD PLAYER PDCD 204 | GARAGE UPPER FLOOR |
| B-5 | 1 | CM LABS LAD-200 TURNTABLE 2049 (# ETCHED ON BACK) | GARAGE UPPER FLOOR |
| B-6 | 1 | JVC TDW217 DBL CASS DECK SER # 14080161 | GARAGE UPPER FLOOR |
| B-7 | 1 | ~~CM LABS STEREO PRE-AMP EQ BOARD~~ MCM VIDEO-AUDIO SELECTOR MODEL 32-4420 | GARAGE UPPER FLOOR |
| B-8 | 1 | MCM PHONO PRE-AMP #40-630 | GARAGE UPPER FL |
| B-9 | 1 | BUNDLE OF CABLES | GARAGE UPPER FL |
| B-10 | 1 | JVC RX5000V AV CONTROL RCVR SER # 065X0077 | GARAGE UPPER FL |
| B-11 | 1 | PEAVEY STEREO MIXING SYS MOD # MS1621 / SER # 6A-02709672 | GARAGE UPPER FL |
| B-12 | 1 | PYLE PRO PDCD204 DISC TUNER | GARAGE UPPER FL |
| B-13 | 1 | MICROPHONE - TM625 | GARAGE UPPER FL |
| B-14 | 1 | STEREOPHONIC HEADPHONES | GARAGE UPPER FL |
| | | | |
| | | | |
| | | | |

**ADD ITEM**

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| **13. SIGNATURE:** USMS -E/TN KNOXVILLE | | **14. DATE:** 2-19-2014 |

Form USM-102
Rev. 05/12

Case 3:14-cv-00047-PLR-HBG   Document 9   Filed 03/12/14   Page 13 of 34   PageID #: 82

: Arthur-Lee: Young.
Post Office Box 9
Cosby Tennessee
Phone no-865-436-9316

# NOTICE AND DEMAND

That all private personal property seized without authority be returned immediately.

Affiant reserves the right to add documents and information to this response.

*Arthur-Lee: Young.*                    In the year of our Lord 2014
: Arthur-Lee: Young.

Notary

*Farrel B. Holt*
Commission Expires March 26, 2014

STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Exhibit - H

Name *Gladys Gossage*
Address *2465 upper middle creek*
Phone no *865-436-7905*

## AFFIDAVIT

*Gladys Gossage* is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons. *I enjoy listening to the educational programs and news*

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

*Gladys Gossage*                 *3/12/14*
Name                                          Date

Notary

*1. Witness   Joseph Boyenton   3/12/14*

*2 witness   Donald Edward of the family Newsome*

**Name** Joseph Boyeinon
**Address** 4927 E. Parkway
**Phone no** 865-436-79??

## AFFIDAVIT

Joseph Boyeanton ____ is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

I've listened to weather, educational, and health programs, 87.9 FM is a very informative station for all around Truth.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

_____ Name          3/12/14 Date

**Notary**

1 Witness Gladys Gossage 3/12/14
2 Witness: Donald-Edward: of the family Newsome

Name Kevin McFarlen
Address 4444 Indian Camp, Cosby TN
Phone no 865 292-3868

## **AFFIDAVIT**
---

Kevin McFarlen _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons. I have listened to Music - Weather - News.
Bible studies - Wellness programs - Political
Debates and other Information provided
By ~~87.9 MHz~~ Country in Cosby TN it has
Programming which is both educational and
Informative, sometimes even contraversial. No
Other Radio Station has a format like this
one. Our small community will sorely miss
~~km~~ 87.9 FM.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Name E Kevin McFarlen          Date 3-11-14

Notary [signature] Expires: 2/28/15

Name EVERITT HAGERMAN
Address PO BOX 211 NEWPORT, TN.
Phone no 423-608-4030

## **AFFIDAVIT**

EVERITT  HAGERMAN _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons. My RADIO DIALS SET ON THIS STATION. I WONT TO
CLAIM MY RIGHTS OF FREEDOM OF SPEACH AND AM INCOURAGED
BY OTHERS IN HEALTH, FREEDOM, CONSTITIONAL ISSHES AND OTHERS
SO I WONT IT BACK ON THE AIR ASAP.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

_____                    3-12-14
Name                                         Date

Notary
WITNESS
1 ~ ;Arthur-Lee; Young ~ March 12, 2014 AD

Witness
2 - ;Donald-Eduard; of the family Newsome - March 12, 2014 AD

Name Marilyn F. Schneller
Address 8899 Jen Rue Ln., Ooltewah, TN 37363
Phone no 423-785-7948

## **AFFIDAVIT**

Marilyn F. Schneller _____ is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

While traveling through the Gatlinburg/Dandridge/ Newport area, usually weekly, I enjoyed the Programming. My radio dial is set on this station so I can quickly receive it when passing through the area. Especially, I miss the health programs as well as other helpful programs. I would like this station restored.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Marilyn F. Schneller                March 11, 2014
Name                                Date

Notary

WITTNESS        MARCH 11-2014        Evett A

**Name** Jimmy McAlister
**Address** 455 Rocky Flats Rd - Cosby Tennessee
**Phone no** 865-217-2578

## AFFIDAVIT

Jimmy McAlister _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

I listen to gain news & Comunity information
and Vital information not abaliable from
any other source in this area

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Jimmy McAlister _____ 12-3-04
Name                      Date

Notary

Witness
1-:Arthur-Lee: Young Mar. 12, 2014
Witness
2-:Donald-Edward: of the family Newsome    March 12, 2014

**Name** Brenda McAlister
**Address** 455 Rocky Flats Rd. Cosby, TN 37722
**Phone no** 865-217-2578

## **AFFIDAVIT**

Brenda McAlister _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

This radio station provides news, weather and information about our community as well as provide advertising for local businesses at no charge to them. The talk shows are also important for their information and views on several issues.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Brenda McAlister                                  3-12-14
Name                                                    Date

Notary Farrel B. Holden

Commission Expires March 26, 2016

FARREL B. GOLDEN
STATE OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

**Name** Robert H. Shults Jr
**Address** 449 Rocky Flats Rd
**Phone no**

## AFFIDAVIT

Robert H. Shults Jr. is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

Weather, Vital information and News

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Robert H Shults jr                3 - 12 - 2014
**Name**                                   **Date**

Notary Farrel B. Golden

Commission Expires

*(Notary seal: FARREL B. GOLDEN, STATE OF TENNESSEE, NOTARY PUBLIC, COCKE COUNTY)*

**Name**
**Address** 449 Rocky Flats Rd Cosby, Th 37722
**Phone no**

_Evelyn Shults_ **AFFIDAVIT**

_Evelyn Shults_ _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

Weather
Vital information
News

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

_Evelyn Shults_                    3-12-14
**Name**                              **Date**

**Notary**

_Farrel B Golden_

COMMISSION EXPIRES

B. GOLDEN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY

Name GARY PARTON
Address 4545 E. PARKWAY GATLINBURG, TN
Phone no 423-289-5197

## **AFFIDAVIT**

GARY PARTON _____ is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

*I enjoy music that I cannot hear on any other station. I depend on this station for the health information it provides. It is also the only station I receive a clear signal on in this area*

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

_____     3-11-2014
Name                              Date

Notary

Name Gary Parton
Address 4469 India Camp. Cr.
Phone no 865-566-3663

## **AFFIDAVIT**

_Gary Parton_____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

I enjoy the Informative part of this station because
it helps with my bad injuries from a car wreck.
I was told I'd never walk again & thanks to this
radio station and its educations programs I've learned
how to stand up and walk again!

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

_Gary Parton_                    3-11-2014
    Name                              Date

~~Notary~~  Witness.

Roschine H Young

Name *James D. Trask* NEWPORT
Address *200 Fair St NEWPORT*
Phone no

## **AFFIDAVIT**

*James D. Trask* _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

News and Local weather and important information
that I'm not able to get from any other station
in this area.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

*James D. Trask*
    Name

*March 11, 2014*
    Date

~~Notary~~ Witness

*Roseline H Young*

**Name** Ronnie Ramsey
**Address** POBOX -631- NEPORT, TENNESEE
**Phone no** 423 -608-3 7764

## AFFIDAVIT

Ronnie Ramsey _____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

GOOD WHEATHER REPORTS
AND Current News, informations No one carrys, in
one area. Talk shows about health.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Ronnie Ramsey          03/11/2014
**Name**                    **Date**

Notary Witness

By: Roseline H Young.

Name FAiTH SHULTS
Address 1075 GoLf COURSER RD TennESSEE
Phone no 865 - 604-51 71

## **AFFIDAVIT**

FAiTH SHULTS is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

Lots of good News informations and Talk
SHows about Health -
Weather reports -

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Faith Shults                                    03/11/ 2014
_____                    _____
Name                                           Date

Notary Witness by:
Roseline H Young.

**Name** ROGER BECK
**Address** 530 ORCHARD VIEW DR.
**Phone no**

## **AFFIDAVIT**

ROGER BECK _____ is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

Very good informations that we cannot find in this area. Current news and weather -

Talk shows that inform us about health.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Roger BECK                    3-11-14
_____      _____
Name                          Date

~~Notary~~ Witness by:
Roshine H. Young.

Name *Everett Ramsey*
Address
Phone no

## AFFIDAVIT

*Everett Ramsey* is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

*I like to listen to this radio station because of hearing weather fore cast + talk shows and entertainment.*

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

*Everett Ramsey*      *03-11-2014*
Name            Date

~~Notary~~ *Witness by:*

*Roseline H Young.*

Name Linda McSwain
Address 588 Breeze Dr Newport Tenn.
Phone no 423-613-8721

## **AFFIDAVIT**

Linda McSwain is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

I listen to the weather
I listen to talk shows and
vital information that I cannot
get from any other source
in my area

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Linda McSwain                    3-11-2014
Name                                  Date

~~Notary~~ Witness by:

Roselia H Young.

Name Chris Green
**Address**
**Phone no** 423.605.8899

## **AFFIDAVIT**

Chris Green is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following
reasons.

Very informative Health issues
News - Weather forcast.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Chris Green                     3-11-14
_____               _____
Name                           Date

~~Notary~~ Witness by:

Roseline H Young

**Name** Robert Kirkpatrick
**Address**
**Phone no** 828-507-1669

## AFFIDAVIT

_____ is over the age of 21, competent to testify with
firsthand knowledge to the following facts;

 Over the past several years I have depended on 87.9 MHz station for the following
reasons.
Health Related Information
Weather — News.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community
service stopped.

 Everything contained herein is true, accurate and complete to the best of my knowledge.

_____          3-11-2014
**Name**                                                      **Date**

~~Notary~~ Witness by:

Roseline H. Young.

Name Katherine Renee Beaty
Address 4915 East Parkway Cosby, Tennessee
Phone no 828-962-0546

## **AFFIDAVIT**

Katherine Beaty _____ is over the age of 21, competent to testify with firsthand knowledge to the following facts;

Over the past several years I have depended on 87.9 MHz station for the following reasons.

Full of useful information about my family's health and talk shows that ~~broadcaster~~ informed me about important vital information that no other station has provided in my area. I relyed on that station ~~that~~ also for the current events and weather.

Suddenly on the 19th Day of February in the year of our Lord 2014 AD this community service stopped.

Everything contained herein is true, accurate and complete to the best of my knowledge.

Katherine Beaty                     3-11-14
Name                                 Date

Notary Farrel B Golden

Commission Expires March 26, 2016

STATE
OF
TENNESSEE
NOTARY
PUBLIC
COCKE COUNTY
FARREL B. GOLDEN