UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:14-cv-47 |
| ANY AND ALL RADIO STATION EQUIPMENT, | ) | Judge Varlan/Guyton |
| RADIO FREQUENCY POWER AMPLIFIERS, | ) | |
| RADIO FREQUENCY TEST EQUIPMENT, | ) | |
| ANTENNAS, CONNECTING CABLES, AND ANY | ) | |
| OTHER EQUIPMENT ASSOCIATED WITH OR | ) | |
| USED IN CONNECTION WITH TRANSMISSIONS | ) | |
| ON FREQUENCY 87.9 MHz, LOCATED AT SEVIER | ) | |
| COUNTY PARCEL NUMBERS 111A D 004.00 AND | ) | |
| 111A D 006.00 THROUGH 111A D 009.00, | ) | |
| COMMONLY KNOWN AS 4923 AND 4927 | ) | |
| EAST PARKWAY, COSBY, | ) | |
| TENNESSEE; AND ARTHUR LEE YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVIT OF PUBLICATION

The United States of America hereby gives notice that notice of this forfeiture action was

published in The Mountain Press on April 22, April 29, and May 6, 2014, as required by Rule

G(4)(a)(iv)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, as evidenced by the attached Affidavit of Publication.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By:    *s/Suzanne H. Bauknight*
Suzanne H. Bauknight #019293
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt with a copy to the following:

Arthur Lee & Roseline H. Young
4927 East Parkway
Cosby, Tennessee 37722

s/Suzanne H. Bauknight
Suzanne H. Bauknight (BPR No. 019293)
Assistant United States Attorney