AFFP
IN THE UNITED STATES DISTRICT

# Affidavit of Publication

STATE OF TN }
COUNTY OF SEVIER }   SS

Joi Whaley, being duly sworn, says:

That she is Joi Whaley of the The Mountain Press, a daily newspaper of general circulation, printed and published in Sevierville, Sevier County, TN; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

April 22, 2014,  April 29, 2014,  May 06, 2014

That said newspaper was regularly issued and circulated on those dates.
SIGNED:

_Joi Whaley_

Subscribed and sworn to me this 6th day of May, 2014.

_Tammy Rhoad_
Tammy Rhoad, , Sevier County, TN

My commission expires: September 22, 2015

30124314  30486740

Teresa H Wheeler
U.S. Attorney's Office
800 Market St., Suite 211
Knoxville, TN 37902

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
COURT CASE NUMBER: 3:14-CV-47; NOTICE OF FORFEITURE ACTION

Pursuant to 47 U.S.C. § 510, the United States filed a Verified Complaint In Rem for forfeiture against the following Defendant Property seized from Arthur Lee Young on February 19, 2014 at 4927 East Parkway, Sevierville, Tennessee:

ITEM #
DESCRIPTION
STORAGE LOCATION
A-1
Daiwa SWR & power meter model # CN-101L; no serial number
Tower Shed
A-2
Meanwell Model # SE-600-48, Last 4 of serial number 7412
Tower Shed
A-3
Broadcast transmitter by BW Broadcast Co; serial number 3920
Tower Shed
A-4
Miscellaneous cables and plugs
Tower Shed
A-5
Hand-made power amplifier
Tower Shed
B-1
JVC CD player model number XL-D161, serial number 1390928
Garage Upper Floor
B-2
Dell desktop Dimension 4300, serial number HFFC211
Garage Upper Floor
B-3
Dell computer monitor model M991, serial number MC-05C544-47881-1BN-H19Z
Garage Upper Floor
B-4
Pyle Pro Professional dual CD player – PDCD204, no serial number
Garage Upper Floor
B-5
CM Labs LAD-200 turntable, #2049 etched on back
Garage Upper Floor
B-6
JVC TDW217 double cassette deck, serial number 14090161
Garage Upper Floor
B-7
MCM video-audio selector model 32-4420
Garage Upper Floor
B-8
MCM phono pre-amp #40-630
Garage Upper Floor
B-9
Bundle of cables
Garage Upper Floor
B-10
JVC RX5000V AV Control RCVR, serial number 065X0077
Garage Upper Floor
B-11
Peavey stereo mixing system model MS1621, serial number 6A-02709672
Garage Upper Floor
B-12
Pyle Pro PDCD204 disc tuner
Garage Upper Floor
B-13
Microphone TM625
Garage Upper Floor

B-14
Stereophonic headphones
Garage Upper Floor

Any person claiming a legal interest in the Defendant Property must file a verified Claim
with the court within 30 days after the final publication of this newspaper notice (June 5, 2014) of this Notice in this newspaper and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous. The verified Claim and Answer must be filed with the Clerk of the Court, 800 Market Street, Suite 130, Knoxville, TN 37902, and copies of each served upon Assistant United States Attorney Suzanne H. Bauknight, 800 Market Street, Suite 211, Knoxville, TN 37902, or default and forfeiture will be ordered. See 18 U.S.C. § 983(a)(4)(A), Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.