UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 3:14-CV-47-PLR-HBG |
| | ) | |
| Any and All Radio Station Equipment, | ) | |
| *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## **Judgment**

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the government's motion for judgment on the pleadings [R. 18] is **Granted as follows:**

**It is Ordered and Adjudged** that the United States recover of Arthur Lee Young in the amount of $22,000 plus costs incurred by the United States and interest from the date of judgment pursuant to 28 U.S.C. § 1961.

The United States is **Ordered** to submit a bill of costs within 30 days of the entry of this judgment.

**It is further ordered** that all equipment associated with or used in connection with any radio transmission on the Frequency 87.9 MHz from in or around the vicinity of 4923 and 4927 East Parkway, Cosby, Tennessee 37722, which was seized pursuant to a warrant for arrest of articles *in rem* issued on February 4, 2014, is forfeited to the United States pursuant to 47 U.S.C. § 510, and all right, title, and interest in the defendant equipment is vested in the United States.

**ENTER:**

                                                   _____
                                                   **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT