# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED

2017 MAY 23 P 1: 07

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT CLERK

**UNITED STATES OF AMERICA**            case no 3:14-CV-47-PLR-HGB

    **Plaintiff**
      **V**

**Any and All Radio Station Equipment et al,**

    **Petitioner**

## Memorial for Declaratory Judgment
### Declaratory Judgment on my Legal Status and Legal Relations

Introduction

Pursuant to Rule 57: Declaratory Judgment Act, Tennessee Code Annotated 29-14-101 et seq Petitioner moves the court for a declaratory judgment and decree and declaratory relief, concerning the legal relationship, status, rights and duties and a determination of construction of instruments involving parties and petitioner's rights which are and have been affected by respondent's Acts.

Cause of Action

Petitioner believes his rights are being affected by statues, regulations and ordinances of the respondents and their political subdivisions and municipal corporations of the District of Columbia. These regulations are 47 U.S.C. 301 and 303(n).

Petitioner inquires to know his political and legal status per 2010 Tennessee Code Title 29 – Remedies and Special Proceedings Chapter 14 Declaratory Judgments 29-14-103.

1 – Petitioner seeks a determination of the construction or validity of the statues and ordinances 47 U.S.C. 301 and 303(n).

2 – Petitioner wishes to obtain a declaration of rights statues and legal relations under these statues and ordinances.

Petitioner is not schooled in law and reserves the right to update or make corrections in this document.

_Arthur-Lee Young_ .................... Date _May 19, 2017_ ....A.D.
Arthur-Lee Young

_Copy of original document That is in my Possession A.L.Y._

# Acknowledgement of Notary presentment

The use of a Notary Public is for verification of autograph only and does not grant jurisdiction to anyone.

: Arthur-Lee: Young. , who is personally known by me or upon proper identification, is appearing before me this day with instruments to be mailed Notary Presentment to Clerk of Court, United States District Court Eastern District at Knoxville on this 19th Day of May in the year of our Lord 2017, in the State of Tennessee county of Sevier .

My commission expires on 11/21/2017

Copy of original document That i's in my possession.
A. L. Y.

# Notary Presentment Acknowledgment
## Statement of items mailed

*A COPY OF the Original Document*

This is to state that I placed a 1 page documents listed below in a sealed envelope to be mailed, Certified mail no 9590 9403 0367 5163 2848 84 at the U.S. Post Office ~~Cosby~~ *GaTLinbun* Tennessee on ....5.19.17..................for Arthur-Lee of family Young, *A.L.Y.* To the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE.

Memorial for Declaratory Judgment, Declaratory Judgment on my Legal Status and Legal Relations

Signature....................................